```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
```
In re:

    RAHUL DEV MANCHANDA                     Chapter 7
                                                                      Case No: 23-22095 (SHL)

                         Debtor.
```
----------------------------------------------------------x
```

**APPLICATION AND AFFIRMATION TO WITHDRAW AS COUNSEL FOR DEBTOR PURSUANT TO SOUTHERN DISTRICT OF NEW YORK LOCAL BANKRUPTCY RULE 2090-1**

H. Bruce Bronson, an attorney duly admitted to practice before this Court of the State of New York and the Southern District of New York ("Counsel"), affirms under penalty of perjury as follows:

1. I am familiar with the facts and circumstances of this case.

2. During the course of my representation of Rahul Dev Manchanda (the "Debtor") I filed a chapter 7 bankruptcy petition with exhibits and schedules. Additionally I prepared the required documents for the 341 meeting of creditors and sent such materials the chapter 7 trustee as required by the bankruptcy code. I also prepared debtor for the 341 meeting and attended the 341 meeting with the Debtor telephonically, which lasted approximately one hour with the request for several documents/bank statements.

3. At this juncture, the Debtor has expressed his dissatisfaction with the Firm's handling of his case and has questioned Firm's integrity and morality, despite Firm's best efforts to work with Debtor.

4. Firm was paid $3,500 for representation of Debtor, all of which has been utilized for expenses ($338 filing fee) and legal services (preparation of petition, schedules and exhibits including the research of legal cases in which Debtor is or was involved).

5. Accordingly there are no funds left to reimburse the Debtor.

6. Firm provided Debtor several chances to continue with Firm on the condition that no further negative comments would be made; however, Debtor continued to deprecate Firm.

7. No prior application for relief requested herein has been made.

**WHEREFORE,** it is respectfully requested that this application be granted in its entirety.

Dated: March 13, 2023
Harrison, New York

/s/ H. Bruce Bronson
H. Bruce Bronson, Esq.
Attorney for Debtor
Bronson Law Offices, P.C.
480 Mamaroneck Ave.
Harrison, NY 10528