**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:                                               Chapter 7

RAHUL DEV MANCHANDA                                  Case No. 23-22095 (SHL)

                                        Debtor.
-----------------------------------------------------------x

## ORDER REGARDING CONTACT WITH CHAMBERS

        The Court has received numerous emails from Rahul Dev Manchanda (the "Debtor") that contain inappropriate information. These emails contain, *inter alia*, information concerning proceedings in other courts, communications between the Debtor and his counsel, and defamatory and derogatory remarks about individuals and various groups. Further, the Debtor is currently represented by counsel in this Chapter 7 case, and the Court therefore cannot communicate with the Debtor directly. The Court held a hearing on March 16, 2023 to discuss these issues. Consistent with the Court's direction at that hearing, it is

        **ORDERED**, that to the extent the Debtor is seeking relief before the Court regarding outstanding, meritorious legal issues that he might have in the above-captioned case, he is directed to file any appropriate pleadings in writing, which pleading must be submitted to the Clerk's Office either in person or by U.S. mail or filed via the Court's electronic case filing ("ECF") system; and it is further

        **ORDERED,** that the Court may strike any pleading filed by the Debtor that contains inappropriate material from the public docket; and it is further

        **ORDERED**, that the Debtor is barred from contacting the Court by email or telephone and that failure to comply with this direction may subject the Debtor to sanctions; and it is further

**ORDERED**, that the Debtor shall serve a copy of any pleadings filed with the Court on the Office for the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, NY 10004-1408; and it is further

**ORDERED**, that counsel for the Debtor shall serve a copy of this order by overnight mail on the Debtor, the United States Trustee, the Chapter 7 Trustee Marianne O'Toole, and any other party who has filed a notice of appearance in this bankruptcy proceeding; and it is further

**ORDERED**, that the next hearing in this matter is scheduled for April 6, 2023 at 10:00 A.M., at which time the Court will discuss the status of the case and consider any matters properly noticed for hearing on that date including, but not limited to, the Motion to Withdraw filed by Debtor's current counsel (ECF No. 18) and a Motion for Relief from the Automatic Stay (ECF No. 12). The Court directs that all parties shall appear at that hearing in person, including the Debtor Rahul Dev Manchanda.

Dated: White Plains, New York
March 17, 2023

*/s/ Sean H. Lane*
UNITED STATES BANKRUPTCY JUDGE