**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

In re:                                                                    Chapter 7

RAHUL DEV MANCHANDA                                       Case No. 23-22095 (SHL)

                           Debtor.

---------------------------------------------------------x

## ORDER REGARDING APPEARANCE AT HEARING

      On March 17, 2023, the Court entered an order in the above-captioned case directing that Rahul Dev Manchanda (the "Debtor") was barred from contacting the Court by email or telephone and that failure to comply with this direction may result in sanctions. *See Order Regarding Contact with Chambers* at 1 [ECF No. 20] (the "Order"). The Order also directed that all parties were to appear in person at a hearing scheduled for April 6, 2023 at 10:00 a.m. (the "Hearing"), including the Debtor. *See id.* at 2.

      On April 5, 2023, the Court received several voicemails from the Debtor, despite the direction in the Order that the Debtor was not to contact the Court by telephone. In the voicemails, the Debtor raised substantive issues regarding his representation by counsel, which would be inappropriate for the Court to discuss with the Debtor *ex parte* by telephone. The Debtor also requested to appear at the Hearing remotely via Zoom because he believes his counsel will be doing so. As noted above, the Order directs that all parties are to appear at the Hearing in person and the Court is not waiving that requirement.

      **IT IS SO ORDERED.**

Dated: White Plains, New York
         April 5, 2023

                                          */s/ Sean H. Lane*
                                          **UNITED STATES BANKRUPTCY JUDGE**

**COPIES TO:**

**Via ECF and Email:**

Rahul Dev Manchanda, Esq.
270 Victory Blvd.
New Rochelle, NY 10801
info@manchanda-law.com
rdm@manchanda-law.com
*Chapter 7 Debtor*

**Via ECF and Email:**

H Bruce Bronson, Jr., Esq.
Bronson Law Office, P.C.
480 Mamaroneck Ave
Harrison, NY 10528
hbbronson@bronsonlaw.net
*Counsel for the Debtor*

**Via ECF and Email:**

Marianne T. O'Toole, Esq.
2 Depot Plaza, Suite 2 E
Bedford Hills, NY 10507
trustee@otoolegroup.com
*Chapter 7 Trustee*

**Via ECF and Email:**

David D. Lin, Esq.
Michael J. Druckman, Esq.
Lewis & Lin, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
david@iLawco.com
mdruckman@iLawco.com
*Counsel for Douglas Senderoff*