**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| RAHUL DEV MANCHANDA, | Case No. 23-22095 (SHL) |
| Debtor. | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| MANCHANDA LAW OFFICE, PLLC, | Case No. 23-11805 (SHL) |
| Debtor. | |

------------------------------------------------------------x

DOUGLAS M. SENDEROFF,

                Plaintiff,

vs.                                                                              Adv. Pro. No. 23-07008 (SHL)

RAHUL DEV MANCHANDA,

                Defendant.

------------------------------------------------------------x

WILLIAM K. HARRINGTON, as United
States Trustee for Region 2,

                Plaintiff,

vs.                                                                              Adv. Pro. No. 24-07009 (SHL)

RAHUL DEV MANCHANDA,

                Defendant.

------------------------------------------------------------x

UNITED STATES OF AMERICA,

                Plaintiff,

vs.                                                                              Adv. Pro. No. 24-07010 (SHL)

RAHUL DEV MANCHANDA,

                Defendant.

------------------------------------------------------------x

## ORDER SCHEDULING HEARING

Debtor/Defendant Rahul Dev Manchanda (the "Debtor") has filed the following motions for contempt in the above-captioned bankruptcy cases and related adversary proceedings (collectively, the "Motions"):

- *Notice of Motion for Contempt of Court Against Andre De Castro, Blockchain of Things Inc, Quintanilla Law PLLC, Salvatore LaMonica, Trustee Gregory Zipes, Trustee Marianne O'Toole* and *Affirmation in Support of Motion for Contempt* (Case No. 23-22095, ECF No. 183; Case No. 23-11805, ECF No. 52);

- *Notice of Motion for Contempt of Court Against Andre De Castro, Blockchain of Things Inc, Byron Quintanilla Law PLLC, David Kaplan, Salvatore LaMonica, Trustee Gregory Zipes, Trustee Marianne O'Toole, AUSA Dana Walsh Kumar, Judge Suzanne Adams, and M.J. Vigilante* and *Affirmation in Support of Motion for Contempt* (Case No. 23-22095, ECF No. 184; Case No. 23-11805, ECF No. 53; Adv. Pro. No. 24-07009, ECF No. 36; Adv. Pro. No. 24-07010, ECF No. 45);

- *Notice of Motion for Contempt of Court Against Lawyers Fund for Client Protection, Michael Knight, Amguard Insurance Company, Eric Weissman, Keith Grunberg-Daniels, NYS Department of Financial Services Charles Costello, Jeremy Shockett, William Rhule, Melanie Sentin, and Patricia Valencia* and *Affirmation in Support of Motion for Contempt* (Case No. 23-22095, ECF No. 186; Case No. 11805, ECF No. 55);

- *Notice of Motion for Contempt of Court Against Payarc, Payment Cloud Inc, Lisette Barajas, Shawn Silver, Merlinkresponse.com, Tsys, Payjunction.com, Julio Loaiza, Roberto Swartz, Amguard Insurance, Eric Weissman, Keith Grunberg-Daniels, Sonia Chacon Anaya, NYS Department of Financial Services* and *Affirmation in Support of Motion for Contempt* (Case No. 23-22095, ECF No. 187; Case No. 23-11805, ECF No. 56).[1]

The Court has concerns about the Motions given the content of the pleadings. For instance, several of the Motions include requests for civil and criminal contempt against state court judges and attorneys that have presided over cases involving the Debtor. These concerns are heightened by the Debtor's prior conduct in this bankruptcy case and the Debtor's extensive history of vexatious and frivolous litigation. *See Order on Pending Matters* (Case No. 23-22095, ECF No. 158) (striking a series of contempt motions filed by the Debtor and cautioning the Debtor from "filing pleadings that lack a basis in fact or law," and stating that "filing such pleadings will render him subject to possible sanctions under Rule 9011 of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. § 1927, up to and including a filing ban."); *see also Manchanda v. Matties*, 2020 WL 1940668, at *3 (S.D.N.Y. Apr. 22, 2020) ("In recent years,

---

[1] The Debtor has also filed the *Debtor Letter Motion to Exclude* (Case No. 23-22095, ECF No. 185; Case No. 23-11805, ECF No. 54; Adv. Pro. No. 24-07009, ECF No. 37; Adv. Pro. No. 24-07010, ECF No. 46), seeking to exclude certain evidence that was produced by the Debtor's accountant during discovery from the above-captioned adversary proceedings. The Debtor's request, however, has not been made in connection with a particular motion or request for relief that is before the Court, and is therefore denied without prejudice.

numerous lawsuits brought by [Mr. Manchanda] have been dismissed as frivolous.") (citing cases); *see id.* at *3 ("[Manchanda] has repeatedly been warned that he will be barred from filing suit in this District if he continues to file frivolous actions."); *Manchanda v. Attorney Grievance Comm. for the First Judicial Dep't*, 2023 WL 3091787, at *2 (S.D.N.Y. Apr. 26, 2023) (noting that Mr. Manchanda has been "warned [of] the continued filing of frivolous or meritless lawsuits would result in an order . . . barring [him] from filing any new action in this Court without prior permission"); *Manchanda v. Rosenberg*, 2016 U.S. Dist. LEXIS 200100, *7 (S.D.N.Y. Dec. 27, 2016) ("The Court will remind Mr. Manchanda one last time that he will be barred from filing suit in this Court if he continues to file frivolous action."); *Manchanda v. Bose*, 2015 U.S. Dist. LEXIS 197299, *10 (S.D.N.Y. Apr. 16, 2015) ("[Mr. Manchanda] is warned that the continued filing of frivolous or meritless lawsuits will result in an order barring [him] from filing any new action in this Court without prior permission. This warning is necessary in light of [his] continuing filing of these types of frivolous and meritless submissions."); *see also Williams v. Office of Child Support*, 2023 U.S. Dist. LEXIS 41740, at *16 (S.D.N.Y. March 3, 2023) (noting that "[i]f a litigant has a history of filing vexatious, harassing or duplicative lawsuits, courts may impose sanctions, including restrictions on future access to the judicial system" and applying non-monetary sanctions under Fed. R. Civ. P. 11 in the form of a filing injunction that prohibited the plaintiff from filing any new cases against the defendant in the jurisdiction without first obtaining leave of the court).

For these reasons, it is therefore:

**ORDERED**, that a hearing on the Motions is scheduled for **April 9, 2025 at 2:00 p.m. (EST)**, at which time the Court and the parties will discuss how best to proceed with the Motions, these adversary proceedings, and the bankruptcy cases; and it is further

**ORDERED**, that none of the parties named in the Motions or other parties in interest are

required to file responsive pleadings to any of the Motions unless and until ordered by the Court, although the Court will consider any pleadings that a party has filed or files prior to **April 4, 2025 at 12:00 p.m. (EST)**.  Submissions filed after that date will not be considered; and it is further

**ORDERED**, that the Clerk's Office will serve a copy of this Order upon all of the parties named in the Motions for whom the Court has contact information (as listed below).

Dated: White Plains, New York
       March 13, 2025

*/s/ Sean H. Lane*
**UNITED STATES BANKRUPTCY JUDGE**


**COPIES TO:**

**Via ECF, U.S. Mail, and Email:**

Rahul Dev Manchanda
270 Victory Blvd.
New Rochelle, NY 10804
rahul.manchanda.new.york@gmail.com
*Chapter 7 Debtor*

**Via ECF and Email:**

Marianne T. O'Toole, Esq.
2 Depot Plaza, Suite 2 E
Bedford Hills, NY 10507
trustee@otoolegroup.com
*Chapter 7 Trustee*

**Via ECF and Email:**

Salvatore LaMonica, Esq.
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793
sl@lhmlawfirm.com
Chapter 7 Trustee

4

**Via ECF and Email:**

Dana Walsh Kumar, Esq.
86 Chambers Street
Ste Floor 3
New York, NY 10007
dana.walsh.kumar@usdoj.gov
Counsel for the United States of America


Via ECF and Email:

Greg M. Zipes, Esq.
Alexander Hamilton Custom House
One Bowling Green
Ste 534
New York, NY 10004
greg.zipes@usdoj.gov
Counsel to the United States Trustee for Region 2


**Via ECF and Email:**

Leo V. Gagion, Esq.
Office of Letitia James, Attorney General for the State of New York
28 Liberty Street, 17th Floor
New York, NY 10005
leo.gagion@ag.ny.gov
*Counsel for the Honorable Suzanne Adams and Miles J. Vigilante*


**Via ECF and Email:**

Linda Donahue, Esq.
Peter Dean, Esq.
New York State Department of Financial Services
One State Street
New York, NY 10004
linda.donahue@dfs.ny.gov
Peter.Dean@dfs.ny.gov
*Counsel for New York State Department of Financial Services*

5

**Via ECF and Email:**

John T. Powers, Esq.
Hodgson Russ LLP
140 Pearl Street, Suite 100
Buffalo, NY 14202
tpowers@hodgsonruss.com
*Counsel to Amguard Insurance Company and Keith Grunberg-Daniels*


**Via ECF and Email:**

Jeremy Shockett, Esq.
Anderson Kill P.C.
7 Times Square, 15th Floor
New York, NY 10036
jshockett@andersonkill.com
*Pro se*


**Via U.S. Mail and Email:**

Payarc
Julio Loaiza
Roberto Swartz
Sonia Chacon Anaya
411 W Putnam Avenue
Ste 340
Greenwich, CT 06830
support@payarc.com
support@payarc.net
*Pro se*


**Via U.S. Mail and Email:**

Eric Weissman
Connell Foley LLP
875 Third Avenue, 21st Floor
New York, NY 10022
EWeissman@connellfoley.com
*Pro se*

6

**Via U.S. Mail and Email:**

PaymentcloudInc.
Shawn Silver
16501 Ventura Blvd
Ste 300
Encino, CA 91436
merchantsupport@paymentcloudinc.com
admin@paymentcloudinc.com
*Pro se*

**Via Email:**

Lisette Barajas
merchantsupport@paymentcloudinc.com
*Pro se*

**Via Email:**

Merlinkresponse.com
do-not-reply@merlinkresponse.com
*Pro se*

**Via U.S. Mail:**

Payjunction
1903 State Street
Santa Barbara, CA 93101
*Pro se*

**Via U.S. Mail:**

TSYS
1600 1st Avenue
Columbus, GA 31901
*Pro se*

**Via U.S. Mail:**

Lawyers Fund for Client Protection
Michael Knight
119 Washington Avenue
Albany, NY 12210
*Pro se*


**Via U.S. Mail and Email:**

Charles Costello
Anderson Kill
7 Times Square
15th Floor
New York, NY 10036

21 Iris Road
Summit, NJ 07901
1527cgc@gmail.com
*Pro se*


**Via U.S. Mail and Email:**

William Rhule
3131 Hayes Road
#1920
Houston, TX 77082
mr.rhule@yahoo.com
*Pro se*

**Via U.S. Mail:**

Melanie Sentin
710 Elyria Avenue
Amherst, Ohio 44001
*Pro se*


**Via U.S. Mail and Email:**

Patricia Valencia
22 3rd Street
Floor 2N
North Arlington, NJ 07031
patival@icloud.com
*Pro se*

8

**Via U.S. Mail:**

Andre De Castro and Blockchain of Things
225 East 36th Street
#3E
New York, NY 10016

3401 North Miami Avenue
Suite 2030
Miami, FL 33127
*Pro se*


**Via U.S. Mail and Email:**

David Kaplan, Esq.
225 West 25th Street
Apt 6F
New York, NY 10001-7130
davekaplannyc@aol.com
*Pro se and Counsel to Andre De Castro and Blockchain of Things*


**Via U.S. Mail and Email:**

Byron Quintanilla
Quintanilla Law PLLC
917 Northern Blvd
Ste 1
Great Neck, NY 11021
byron@askquintanillalaw.com
*Pro se*