```
              UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF NEW YORK

                                   .
IN RE:                             .    Chapter 7
                                   .
Rahul Dev Manchanda,               .
                                   .
        Debtor.                    .    Bankruptcy #23-22095 (SHL)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
                                   .
Senderoff,                         .
                                   .
        Plaintiff,                 .
                                   .
        v.                         .
                                   .
Manchanda,                         .
                                   .
        Defendant.                 .    Adversary #23-07008 (SHL)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
```

White Plains, NY
November 7, 2023
12:55 p.m.


TRANSCRIPT OF:

***PARTICIPANTS ON ZOOM*** STATUS CONFERENCE

***PARTICIPANTS ON ZOOM*** DOC. #80 APPLICATION FOR FRBP 2004
EXAMINATION FILED ON BEHALF OF THE INTERNAL REVENUE SERVICE,
SMALL BUSINESS ADMINISTRATION

ADVERSARY PROCEEDING: 23-07008-SHL SENDEROFF V. MANCHANDA
***PARTICIPANTS ON ZOOM*** PRE-TRIAL CONFERENCE

BEFORE THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

**APPEARANCES:**

| | |
|---|---|
| For the IRS and the SBA: | Dana Walsh Kumar, Esq.<br>Assistant U.S. Attorney<br>Southern District of New York<br>86 Chambers Street-3rd Fl.<br>New York, NY 10007 |
| For Douglas M. Senderoff: | Michael Druckman, Esq.<br>Lewis & Lin, LLC<br>77 Sands St.-6th Fl.<br>Brooklyn, NY 11201 |
| For The U.S. Trustee: | Greg M. Zipes, Esq.<br>U.S. Trustee's Office<br>Alexander Hamilton<br>Custom House<br>One Bowling Green-Ste. 534<br>New York, NY 10004 |
| Transcribing Firm: | Writer's Cramp, Inc.<br>1027 Betty Lane<br>Ewing, NJ 08628<br>(609) 588-8043 |

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

```
 1              THE COURT:  The first one will be fairly brief.
 2   It's Rahul Dev Manchanda, a Chapter 7 case.  The Court and the
 3   parties received a fax from Mr. Manchanda yesterday very
 4   shortly before he was due to be here in the White Plains
 5   Courthouse for his deposition.  Regrettably, it was late
 6   enough that not everybody was -- got notice of it.  So I think
 7   Mr. Zipes actually arrived here.  I suspect Ms. Kumar was in
 8   transit.  And I'm not sure about Mr. Druckman.  But it laid
 9   out reasons why, in Mr. Manchanda's view, he could not attend.
10   And so he also said he couldn't attend today.  And so the only
11   reason I kept this on, and I appreciate you all sitting
12   through a lengthy calendar, is to just essentially start to
13   sort of -- to continue to make a record of what's going on in
14   the case.
15        The facts that he said included some medical information,
16   so I could've -- I was a little uncomfortable putting that on
17   the Docket.  So I thought it appropriate to make the record by
18   getting on the horn today with you all and just to make it
19   clear sort of what the circumstances are.  Probably the most
20   concern that I had was, obviously, nobody wants to -- anyone
21   to have any health issues.  But, at the same time, I am a
22   little concerned about the exceedingly late notice that was
23   provided and I am also concerned that Mr. Manchanda said that
24   he didn't anticipate being able to come to anything for the
25   foreseeable future.
```

1   So, and I will say that based on what I saw, I'm not sure
2   that the documentation that he submitted justified that
3   position.  So that's what I wanted to put on the record.  I'm
4   happy to hear from the parties who are here.  So, Ms. Kumar, I
5   don't know if you have anything to add or that you wanted to
6   address.  Again, it's just a Status.  Mr. Manchanda is not
7   here.  I'm just trying to make a record as to his non-
8   appearance.
9           MS. KUMAR:  Yeah.  Understood, thank you, Your
10  Honor.  Dana Kumar on behalf of the IRS and SBA.  I just
11  wanted to note that the Government had filed a Motion for a
12  Rule 2004 Application, and it was not opposed by Mr.
13  Manchanda.  His opposition was due last week.  So I don't know
14  if Your Honor is comfortable ruling on that considering the
15  lack of opposition or if we should carry it until the next
16  Conference.
17          THE COURT:  Well, maybe you file a Certificate of No
18  Objection with a Proposed Order on Presentment for, you know,
19  five days, and then just give chambers a heads up when -- if
20  there's no opposition of any sort, and that'll allow me to
21  address it.  That would be great.
22          MS. KUMAR:  Sounds good.  Thank you, Your Honor.
23  Nothing else.
24          THE COURT:  All right.  Mr. Zipes, anything from
25  you?

 1                  MR. ZIPES:  No, Your Honor.  I would just state that
 2     I want to reserve on the record any rights I might have in
 3     connection with costs or expenses associated with coming to a
 4     scheduled examination or any other rights I might have in that
 5     regard, Your Honor.  And I'm not pressing anything today, and
 6     I'm not asserting any defaults in that regard.  But I just
 7     want to reserve my rights in every way that it's not excused
 8     in our deal.
 9                  THE COURT:  All right, thank you.  Mr. Druckman?
10                  MR. DRUCKMAN:  You know, we don't really have thing,
11     Your Honor.  Our plan today was to discuss, you know, how to
12     proceed with the case.  And it doesn't really make sense
13     without Mr. Manchanda.  I think what I would just request is
14     when we schedule the next Status Conference, it might make
15     sense to set it a little bit further out given what's going on
16     in the main Bankruptcy.  I don't think we have to rush ahead
17     with the Adversary Proceeding right now.
18                  THE COURT:  All right.  I would agree.  That seems
19     to be a wise course of action.  So that leads to the last
20     thing to discuss is what we should schedule, and I'm open to
21     suggestions.  My default would be to schedule something for
22     the beginning of the year, but that's for a Court appearance.
23     That's sort of separate from the notion of proceeding with the
24     deposition.  And certainly, I'm happy to, again, once again,
25     make the Courthouse available if that would be of use whether,

```
 1   frankly, we do it up here, or I can even certainly make
 2   arrangements.  If I'm going to be downtown, you all are going
 3   to be downtown to save people some travel if that's easier.
 4   We can coordinate.  So I don't know if the two of you want to
 5   talk and think about options.  I can certainly think about
 6   days when I am going to be in Manhattan for other matters.  So
 7   any thoughts from either Mr. Kumar -- Ms. Kumar or Mr. Zipes
 8   on that front?
 9           MS. KUMAR:  Thank you, Your Honor.  I think that
10   maybe Mr. Zipes and I should talk offline and find some dates
11   that work and then work with your Chambers, if that is fine
12   with you (inaudible) discuss with Mr. Manchanda.
13           THE COURT:  All right.  Mr. Zipes?
14           MR. ZIPES:  That's fine, Your Honor.  Your Honor, I
15   should add that my office is right now evaluating whether we
16   should just file a complaint, a 727 Complaint.  I know that
17   Ms. Kumar is -- and the (inaudible) has their own interests as
18   appropriate.  And we are --
19           THE COURT:  Mr. Zipes, you are --
20           MR. ZIPES:  -- just letting the Court know --
21           THE COURT:  -- you are --
22           MR. ZIPES:  -- that we may just proceed with a 727
23   Action within the next couple of weeks.
24           THE COURT:  Well, I will leave to you whether --
25           MR. ZIPES:  Am I fading out, Your Honor?
```

```
 1              THE COURT:  It's -- but it's not your location of
 2    the microphone.  It was just -- it was a Zoom lag.  And I
 3    don't -- and, of course, the ghosts in the machine, I don't
 4    know where they're from, whether they're in your office, in
 5    the Court, in the grand scheme of the world wide web.  But you
 6    seem to be coming through.  So I guess I would also ask you to
 7    the extent that you're going to seek some sort of relief based
 8    on -- and I'm just -- I'm just saying based on what has been
 9    discussed on numerous occasions, the concerns about a failure
10    to provide information or lack of cooperation, to the extent
11    that that's the basis you would seek any relief.  The question
12    is whether that would be a 727 Action or simply dismissal of
13    the case.  I don't know.  That's just something worth thinking
14    about in terms of the most appropriate path forward.  So --
15              MR. ZIPES:  Understood, Your Honor.
16              THE COURT:  All right.  Do you want any hearing date
17    now just for a Status on the case, or should we wait until
18    after you talk, and then you just get some dates and reach out
19    to Chambers, which is putting aside the deposition, which is a
20    whole other set of problems.
21              MS. KUMAR:  I think that we could put a court date,
22    if that works for the Adversary and the Bankruptcy just so we
23    have it.
24              THE COURT:  All right.  So I'm going to go further
25    out on this one.  Just -- Mr. Manchanda said he was having
```

```
 1   some medical issues.  I'm taking that face value for a moment.
 2   I don't want to sort of have any undue fire drills.  So I
 3   would say January 9th at 10:00 o'clock.  And if there's a need
 4   for a hearing before then, obviously, just reach out to
 5   chambers, and we'll be happy to get you whatever date you
 6   might need.  And similarly --
 7           MS. KUMAR:  Your Honor, (inaudible) --
 8           THE COURT:  -- if you want a date for a deposition
 9   as well, you can do that as well.  I would imagine that would
10   be by letter with everybody copied.
11           MS. KUMAR:  Your Honor, I have a court Conference at
12   10:00 a.m. downtown on January 9th (inaudible) --
13           THE COURT:  Oh.  How's January 10th?
14           MS. KUMAR:  That's fine.
15           THE COURT:  All right.  January 10th at 10:00.  All
16   right, thank you very much.
17           ALL:  Thank you, Your Honor.
18       (Court adjourned)
19
20                        CERTIFICATION
21   I, Lewis Parham, certify that the foregoing is a correct
22   transcript from the electronic sound recording of the
23   proceedings in the above-entitled matter.
24
25
26   [signature: Lewis Parham]                    11/14/23
27
28   _____       _____
29   Signature of Transcriber                 Date
```