

U.S. Department of Justice
Office of the United States Trustee
*Southern District of New York*

Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
Phone: (212) 510-0500

December 15, 2023

Honorable Sean H. Lane
United States Bankruptcy Judge
300 Quarropas Street
White Plains, NY 10601

**In re: Manchanda, Case No. 23-22095 (SHL)**

Dear Judge Lane:

The Court entered an order on December 5, 2023 relating to discovery matters (the "Discovery Order") (Dkt. No. 89). The Discovery Order asks the parties to file a letter on ECF if there is an agreement on a date of the Debtor's deposition. The Debtor sent an email, dated December 6, 2023, to the Court stating, "Well if it's an Order then I select January 26, 2023."

Therefore, in compliance with the Discovery Order, this letter confirms that the deposition will take place on January 26, 2023 at 10:00 a.m. in the Courthouse in White Plains.

    Respectfully,
    WILLIAM K. HARRINGTON
    UNITED STATES TRUSTEE

By:   */s/ Greg M. Zipes*
      Greg M. Zipes
      Trial Attorney

**MEMORANDUM ENDORSED ORDER:**

**The deposition of the debtor will take place on January 26, 2024, starting at 10:00 a.m. and continuing until completed, in the Courtroom of the Honorable Sean H. Lane in the United States Courthouse in White Plains.**

**SO ORDERED.**

**Dated: December 19, 2023**

*/s/ Sean H. Lane*
**United States Bankruptcy Judge**