```
UNITED STATES BANKRUPTCY COURT                    FILED
SOUTHERN DISTRICT OF NEW YORK                U.S. BANKRUPTCY COURT
------------------------------------X
                                    )        2024 JAN -9 P 1:45
                                    )
                                    )             S.D. OF N.Y.
IN THE MATTER OF                    )        INDEX NO. 23-22095
                                    )
                                    )        NOTICE OF MOTION
RAHUL DEV MANCHANDA                 )
                                    )
------------------------------------X
```

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Rahul Manchanda duly affirmed the 8th day of January 2024, the annexed Memorandum of Law and Exhibits, and all the Pleadings and Proceedings heretofore had herein, the Undersigned will move this Honorable Court at US SDNY Bankruptcy Court, 300 Quarropas Street White Plains, NY 10601-4150 on January 10, 2024 at 10 AM or as soon as Counsel can be heard for an order holding Douglas Senderoff, Michael Druckman, David Lin, Brett Lewis, Lewis & Lin LLC in Civil and Criminal Contempt of Court pursuant to U.S. Federal Bankruptcy Law, for filing a false 410 claim pursuant to 18 U.S.C. §§ 152, 157, and 3571, as well as for purposefully evading service of process or answering a complaint in 23-CV-7637.

**Dated:** January 8, 2024
New York, NY

Rahul Manchanda, Esq.
Manchanda Law Office PLLC
270 Victory Boulevard
New Rochelle, New York 10804
Tel: (212) 968-8600
Fax: (212) 968-8601

To: Douglas Senderoff, Michael Druckman, David Lin, Brett Lewis, Lewis & Lin LLC via e-mail and U.S. mail.

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                     )
                                     )
                                     )
                                     )
IN THE MATTER OF                     )   INDEX NO. 23-22095
                                     )
                                     )
RAHUL DEV MANCHANDA                  )   AFFIRMATION IN SUPPORT
                                     )
                                     )
                                     )
------------------------------------X

STATE OF NEW YORK       }
                        :ss
COUNTY OF WESTCHESTER   }
```

**RAHUL MANCHANDA**, an Attorney duly licensed to practice law in the State of New York, affirms the following to be true under penalty of perjury:

1. I make this Affirmation in support of this Motion for Contempt of Court against Defendants in all respects based upon my personal knowledge of the facts and experiences that I relate herein, based upon information and belief, and based on the contents of the file.

2. On the grounds that these people, in addition to their meritless vexatious litigation against Debtor spanning from October 2018 to the present day, with absolutely no proof, evidence, or judgment in their favor, plus a current pending lawsuit against them by Debtor in the SDNY case index number 23-CV-

7637 alleging intentional torts and conduct directly dealing with their Form 410 herein, where they are actively evading service and not putting in an answer or appearance, have now exceeded the bounds of federal bankruptcy law committing fraud by filing a false claim 410 in violation of 18 U.S.C. §§ 152, 157, and 3571.

3. Pursuant to 18 U.S.C. § 152, "A person who...(2) knowingly and fraudulently makes a false oath or account in or in relation to any case under title 11...(3) knowingly and fraudulently makes a false declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, in or in relation to any case under title 11...(4) knowingly and fraudulently presents any false claim for proof against the estate of a debtor, or uses any such claim in any case under title 11, in a personal capacity or as or through an agent, proxy, or attorney...shall be fined under this title, imprisoned not more than 5 years, or both."

4. Pursuant to 18 U.S.C. § 157, "A person who, having devised or intending to devise a scheme or artifice to defraud and for the purpose of executing or concealing such a scheme or artifice or attempting to do so...(2) files a document in a proceeding under title 11...or (3) makes a false or fraudulent representation, claim, or promise concerning or in relation to

a proceeding under title 11, at any time before or after the filing of the petition, or in relation to a proceeding falsely asserted to be pending under such title, shall be fined under this title, imprisoned not more than 5 years, or both."

5. As was stated above, neither of the individuals named above has any reason to believe that they have any proof of claim, because there simply is no proof of such.

6. Additionally, Douglas Senderoff names himself as a "creditor" in Part 3, filed it on or about January 4, 2024, which is a fraudulent claim punishable by a fine up to $500,000, imprisoned for up to 5 years, or both pursuant to 18 U.S.C. § 3571.

**WHEREFORE**, it is respectfully requested that this Motion be granted in all respects together with such other and further relief as this Honorable Court deems to be just and proper, including contempt, costs, penalties, fines, incarceration, and sanctions against Defendants for wilful violation of 18 U.S.C. §§ 152, 157, and 3571, as well as for purposefully evading service of process or answering a complaint in 23-CV-7637.

**Dated:** January 8, 2024
New York, NY

_____
Rahul Manchanda, Esq.

**Fill in this information to identify the case:**

Debtor 1: RAHUL DEV MANCHANDA

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of New York

Case number: 23-22095

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Douglas Senderoff
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Douglas Senderoff, MD C/O Lewis & Lin LLC
Name
77 Sands Street, 6th Floor
Number  Street
Brooklyn    NY    11201
City    State    ZIP Code

Contact phone  718-243-9323
Contact email  office@ilawco.com

Where should payments to the creditor be sent? (if different)
Name _____
Number  Street _____
City  State  ZIP Code _____
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/___ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $_____. Does this amount include interest or other charges?
☐ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Tort claims - Senderoff v. Manchanda, No.152538/2019, NY Cty.

**9. Is all or part of the claim secured?**

☒ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____
Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) ___ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☒ No
☐ Yes. Identify the property: _____

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

    A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

    ☑ No

    ☐ Yes. Check one:                                                                                                   **Amount entitled to priority**

    ☐ Domestic support obligations (including alimony and child support) under
    11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).                                                                              $_____

    ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for
    personal, family, or household use. 11 U.S.C. § 507(a)(7).                                                          $_____

    ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the
    bankruptcy petition is filed or the debtor's business ends, whichever is earlier.
    11 U.S.C. § 507(a)(4).                                                                                              $_____

    ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).                                             $_____

    ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).                                                 $_____

    ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.                                                 $_____

    * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   01 / 04 / 2024
                   MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name        Douglas Senderoff
            First name        Middle name        Last name

Title       _____

Company     _____
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     461 Park Avenue South, 7th Floor
            Number    Street
            New York                              NY        10016
            City                                  State     ZIP Code

Contact phone   212-481-3939            Email    info@drsenderoff.com

# **CERTIFICATE OF SERVICE**

On January 8, 2024, I, Rahul Manchanda, served a copy of this Notice of Motion for Contempt of Court and any attached pages to Douglas Senderoff, Michael Druckman, David Lin, Brett Lewis, Lewis & Lin LLC located at 77 Sands Street, 6th Floor, Brooklyn New York 11201 via U.S. mail.

_____
By: Rahul Manchanda, Esq.
Manchanda Law Office PLLC
270 Victory Boulevard
New Rochelle, New York 10804
Tel: (212) 968-8600
Fax: (212) 968-8601