USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/22/2024__

*UNITED STATES BANKRUPTCY COURT*
*SOUTHERN DISTRICT OF NEW YORK*
*-----------------------------------------------------X*
In Re:

**Rahul Dev Manchanda**

*-----------------------------------------------------X*

ORDER OF DISMISSAL
FOR
FAILURE TO PROSECUTE
BANKRUPTCY APPEAL

23-CV-11286 NSR

FROM: VITO GENNA, CLERK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

TO: RUBY J. KRAJICK, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: Rahul Dev Manchanda  BANKRUPTCY CASE: **23-B-22095 (SHL)**
DATE OF FILING NOTICE OF APPEAL: 05/30/2023  ADVERSARY CASE: **23-7008**
BANKRUPTCY DOCUMENT #: 13

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and file the Designation of Items to be Included in the Record as required by:

  _X_ FRBP 8009
  ___ Federal Rules of Civil Procedure (Rule _____)
  _X_ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
  ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **March 22, 2024**  Vito Genna, Clerk
New York, New York  U.S. Bankruptcy Court, SDNY

By:  _s/ Anatin Rouzeau_
  Deputy Clerk

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated:  March 22, 2024

  _____
White Plains, New York  Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____  Ruby J. Krajick , Clerk
  District Court, SDNY

  By: _____
  Deputy Clerk