UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                                    Chapter 7

RAHUL DEV MANCHANDA                                       Case No. 23-22095 (SHL)

                              Debtor.

------------------------------------------------------------x

## ORDER REGARDING CONTACT WITH CHAMBERS

The Court has previously issued several orders regarding contact by Debtor Rahul Dev Manchanda with chambers wherein the Court has prohibited the Debtor from contacting chambers by email and telephone regarding substantive legal issues.  *See* Order Regarding Contact with Chambers dated March 17, 2023 [ECF No. 17]; *see also* Order Regarding Appearance at Hearing dated April 5, 2023 [ECF No. 27].  Nevertheless, the Debtor has continued to email chambers staff directly and "cc" the Court on email correspondence involving substantive matters.  The latest email was sent on March 30, 2024 to the Courtroom Deputy for the undersigned Judge, with that email also apparently having been sent to the Federal Bureau of Investigation, various media outlets, and Senator Rand Paul.[1]  In this email, the Debtor complains about service of various pleadings upon him in the context of pleadings filed that object to his bankruptcy discharge.

In light of the Debtor's continued failure to adhere to the Court's orders regarding communications with chambers, it is hereby

**ORDERED**, that the Debtor may only communicate via email with the Court regarding scheduling of matters before the Court and not regarding any substantive legal issues, and it is further

**ORDERED,** to the extent the Debtor is seeking to be heard by the Court regarding outstanding, meritorious legal issues that he might have in the above-captioned case, he is

---

[1]     The Court does not include a copy of the email because it contains the email addresses of numerous individuals and entities that may or may not be appropriate for public dissemination.

directed to file any appropriate pleadings in writing, which pleading must be submitted to the Clerk's Office either in person or by U.S. mail or filed via the Court's electronic case filing ("ECF") system; and it is further

**ORDERED,** that failure to comply with this direction may subject the Debtor to sanctions, particularly in light of Debtor's repeated failure to comply with the Court's direction on this issue.

Dated: White Plains, New York
April 3, 2024

*/s/ Sean H. Lane*
UNITED STATES BANKRUPTCY JUDGE