UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :
                                                               :   Chapter 11
    RAHUL MANCHANDA,                          :
                                                               :   Case No. 23-22095 (shl)
                     Debtor. :
---------------------------------------------------------------x

# ORDER

Upon the Motion of Rahul Manchanda (the "Debtor") against Hon. Dakota Ramseur ("Respondent") for an Order of civil and/or criminal contempt based upon alleged violations of the automatic stay, 11 U.S.C. § 362 (Docket Entry #128) (the "Motion"), and having reviewed the Opposition of the Hon. Dakota Ramseur (Docket Entry #143), and the Reply Letter of the Debtor (Docket Entry #149), and a hearing having been conducted by the Court on the Motion on September 12, 2024 (the "Hearing"), and upon the record of the Hearing, the transcript of which is incorporated by reference herein, and no further or additional notice being required, and after due consideration of all the facts and circumstances herein, it is hereby

**ORDERED**, that, for the reasons stated on the record at the Hearing, the Motion of the Debtor for an Order of Civil and/or Criminal Contempt against the Respondent is hereby **DENIED**.

Dated: September 19, 2024                                     */s/ Sean H. Lane*
White Plains, New York                                  United States Bankruptcy Judge