

MANCHANDA LAW OFFICE & ASSOCIATES PLLC
123 PARK AVENUE, 25TH FLOOR
NEW YORK, NEW YORK 10017
TEL: (212) 968-8800
FAX: (212) 968-8601
E-MAIL: INFO@MANCHANDA-LAW.COM
WEB: WWW.MANCHANDA-LAW.COM

September 20, 2024

**VIA HAND DELIVERY**

Judge Sean Lane
Southern District of New York - Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

RE:  **Case Index Nos 23-22095, 23-11805, Adv. Proc. Nos. 23-7008, 24-7009, 24-7010 Debtor Reply to Judge Sean Lane's Numerous In-Court Statements Regarding Prior Pleadings And Cases**

Judge Sean Lane:

In response to your numerous in-court statements, comments, and insults regarding Debtor's prior pleadings and cases in this SDNY Bankruptcy Court, it must be noted that:

(1) Debtor rarely if ever drafted his own pleadings, motions, and letters, and was always represented by bankruptcy counsel such as Julio Portilla and many others, sometimes by *per diem* lawyers or companies such as LawClerk.com since he is not a bankruptcy lawyer, and just like in this case, was constrained to represent himself or rely on others described above when his fully paid for counsel (such as Bruce Bronson herein) were allowed to withdraw for flimsy suspicious reasons;

(2) similarly, previous bankruptcy case index number filings that were either not pursued or followed up on by Debtor were either filed in error, or without the knowledge or permission of Debtor, by these same bankruptcy and *per diem* lawyers, and should not be held against him;

(3) It is unfortunate that Judge Sean Lane who, according to public records, is a beneficiary and appointee of 2 ethnic organized crime and financial donor elements in New York City (Jewish and Black) which are currently being investigated and reviewed for using the courts to punish, humiliate, and torture Debtor over the past 25 years of his law practice (such as in this case), simply for not kowtowing to their political edicts and policy values, often using his children and family to blackmail, threaten, and extort Debtor, said issue which is now both prevalent in the modern daily news as well as being fully examined by the full United States Supreme Court in his Petition for *Certiorari* in case index no 24-290.

Respectfully submitted,

Rahul D. Manchanda, Esq.
270 Victory Boulevard
New Rochelle, NY 10804
(212) 968-8600

Search documents in this case: [       ] [Search]

## No. 24-290

| Title: | Rahul Manchanda, Petitioner<br>v.<br>Abigail Reardon, et al. |
|---|---|
| Docketed: | September 13, 2024 |
| Lower Ct: | United States Court of Appeals for the Second Circuit |
|   Case Numbers: | (24-392) |
| Decision Date: | August 14, 2024 |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Sep 10 2024 | Petition for a writ of certiorari filed. (Response due October 15, 2024) |

| NAME | ADDRESS | PHONE |
|---|---|---|
| **Attorneys for Petitioner** | | |
| Rahul Manchanda | 125 Park Ave., 25th Floor<br>New York, NY 10017<br><br>rdm@manchanda-law.com | (212) 986-8600 |
| Party name: Rahul Manchanda | | |
| **Attorneys for Respondents** | | |
| Elizabeth B. Prelogar<br>  Counsel of Record | United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>SUPREMECTBRIEFS@USDOJ.GOV | 202-514-2217 |
| Party name: Reardon, Abigail, et al. | | |