

October 5, 2024

**VIA HAND DELIVERY**

Judge Sean Lane
Southern District of New York - Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

**RE:  Case Index No 23-22095 Adv. Proc. No. 24-7010, Debtor Letter In Further Response to AUSA Dana Walsh Kumar Initial Disclosures**

Judge Lane:

In response to Assistant U.S. Attorney Dana Walsh Kumar's Initial Disclosures Letter, we further respond as follows:

We have been advised that Eric Frimpong, Anne Sylvia, and John Hubbard II of the Internal Revenue Service ("IRS") are under criminal investigation by TIGTA, the U.S. Treasury, and the IRS for criminal unauthorized disclosure of Debtor's tax return information in violation of Internal Revenue Code 28 U.S.C. §§ 7213 and 7216 and other statues with unauthorized individuals and entities such as media personality Bill Heltzel of Westfair Business Journal (Westfaironline.com) and other unauthorized individuals and we also intend to seek civil damages under 28 U.S.C. § 7431.

Respectfully submitted,

Rahul D. Manchanda, Esq.
270 Victory Boulevard
New Rochelle, NY 10804

To: AUSA Dana Walsh Kumar, 86 Chambers Street, New York NY 10007