UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:                                                                                    Chapter 7

RAHUL DEV MANCHANDA,                                            Case No. 23-22095 (SHL)

                          Debtor.

-----------------------------------------------------------x

In re:                                                                                    Chapter 7

MANCHANDA LAW OFFICE, PLLC,                                  Case No. 23-11805 (SHL)

                          Debtor.

-----------------------------------------------------------x

## ORDER CANCELLING HEARING

Debtor/Defendant Rahul Dev Manchanda (the "Debtor") having filed the *Motion for Contempt of Court Against Mufera Fyruz, Judge Carolyn Walker-Diallo, Acting Chief Clerk Tanya Faye, Trustee Salvatore LaMonica, Trustee Gregory Zipes, Trustee Marianne O'Toole* [Case No. 23-22095, ECF No. 178; Case No. 23-11805, ECF No. 47] (the "Motion"), in the above-captioned cases; and the Court having scheduled the Motion for hearing on December 11, 2024 at 10:00 a.m. (the "Hearing"), *see Memorandum Endorsed Order*, dated December 9, 2024 [Case No. 23-22095, ECF No. 179; Case No. 23-11805, ECF No. 48]; and the Court having been informed that the proceeding scheduled before the Civil Court of the City of New York on December 12, 2024 in *Mufera Fyruz v. Rahul Manchanda*, Index No. CV-020129-24/NY has been cancelled and that the Debtor is voluntarily withdrawing the Motion as a result of the cancelation; it is hereby,

**ORDERED**, that the Hearing is cancelled and the Motion will be marked by the Court as withdrawn.

Dated: White Plains, New York
       December 10, 2024

                                                */s/ Sean H. Lane*
                                           **UNITED STATES BANKRUPTCY JUDGE**

**COPIES TO:**

**Via ECF and Email:**

Marianne T. O'Toole, Esq.
2 Depot Plaza, Suite 2 E
Bedford Hills, NY 10507
trustee@otoolegroup.com
*Chapter 7 Trustee*

**Via ECF and Email:**

Salvatore LaMonica, Esq.
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793
sl@lhmlawfirm.com
Chapter 7 Trustee

**Via ECF and Email:**

Greg M. Zipes, Esq.
Alexander Hamilton Custom House
One Bowling Green
Ste 534
New York, NY 10004
greg.zipes@usdoj.gov
Counsel to the United States Trustee for Region 2

**VIA ECF and Email:**

Leo V. Gagion, Esq.
Office of the Attorney General of the State of New York
28 Liberty Street, 17th Floor
New York, NY 10005
leo.gagion@ag.ny.gov

**Via U.S. Mail and Email:**

Rahul Dev Manchanda
270 Victory Blvd.
New Rochelle, NY 10801
info@manchanda-law.com
rdm@manchanda-law.com
*Chapter 7 Debtor*


**Via U.S. Mail**

Mufera Fyruz
1623 Yates Avenue
Bronx, N.Y. 10461