UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――x
In re:                                              :
                                                    :   Chapter 11
    RAHUL DEV MANCHANDA,                        :
                                                    :   Case No. 23-22095 (shl)
                              Debtor.       :
―――――――――――――――――――――――――――x
RAHUL DEV MANCHANDA,                                :
                                                    :
                             Appellant,    :   24-CV-07284 (Karas, D.J.)
                                                    :   (APPEAL TO UNITED
    -against-                                      :   STATES DISTRICT
                                                    :   COURT)
DOUGLAS M. SENDEROFF, et al.,                       :
                                                    :
                             Appellee.     :
―――――――――――――――――――――――――――x

**APPELLEE THE HONORABLE DAKOTA RAMSEUR'S COUNTERDESIGNATION OF THE RECORD ON THE APPELLANT/DEBTOR'S APPEAL IN *MANCHANDA V. SENDEROFF, ET AL.*, 24-CV-07284 (S.D.N.Y.)**

Pursuant to the Order of the United States District Court of April 22, 2025 (District Court Docket #2) in the appeal of various Bankruptcy Court Orders to the District Court, entitled *Manchanda v. Senderoff*, 24-cv-07284 (S.D.N.Y.) (Karas, J.), and Federal Bankruptcy Rule 8009, the Debtor/Appellant filed a Designation of the Record on Appeal with this Court.[1]

Pursuant to Federal Bankruptcy Rule 8009(a)(2), Appellee Honorable Dakota Ramseur designates the following additional item to be included in the Record on Appeal:

---

[1] Debtor/Appellee's Designation of the Record apparently was filed on the docket of the United States District Court, (24-cv-07284, Docket Entry #3), and appears to have been also received by the United States Bankruptcy Court on April 30, 2025, based upon this Court's file stamp on the document filed with the District Court. The Debtor/Appellant's submission, however, does not yet appear on the docket of this Bankruptcy Case (23-22095).

1

| Name of Document | Date Filed | Docket Number |
|---|---|---|
| Memorandum and Order | 5/12/25 | 238 |

Dated: New York, New York
       May 14, 2025

                           Respectfully submitted,

                           **LETITIA JAMES**
                           Attorney General
                           State of New York
                           *Attorney for Appellee*
                           *Hon. Dakota Ramseur*

                           By:__/.s/Leo V. Gagion__
                                 Leo V. Gagion
                           Assistant Attorney General
                           28 Liberty Street
                           New York, New York 10005
                           (212) 416-8592
                           Leo.Gagion@ag.ny.gov