UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                     INDEX NO 25-CV-04105(KMK)
                                     BANKRUPTCY CASE NOS 23-22095,23-11805

IN RE RAHUL MANCHANDA, AND           NOTICE OF IMPLEADER
MANCHANDA LAW OFFICE PLLC,



------------------------------------X

Pursuant to Rule 14 of the Federal Rules of Civil Procedure, Debtor hereby impleads Payarc, a subject of this appeal, and its attorneys Smith, Carroad, Wan & Parikh PC, specifically Timothy Wan, Pragna Parikh, Kevin Knab, and Peter Eisele as per the attached threatening letter received on May 26, 2025.


Dated:   May 26, 2025
         New York, NY              _____
                                   Rahul Manchanda (Pro Se Debtor)
                                   270 Victory Boulevard
                                   New Rochelle, New York 10804
                                   Tel: (646) 645-0993

ATTORNEYS AT LAW

# Smith Carroad Wan & Parikh, P.C.

TIMOTHY WAN *
PRAGNA PARIKH

KEVIN M. KNAB
PETER D. EISELE JR. *

..............................

JULIUS S. SMITH (1894-1966)
ALEXANDER CARROAD (1905-1951)

202 EAST MAIN STREET
SMITHTOWN, NY 11787

Phone  (631) 499-5400
FAX    (631) 493-0189
info@smithcarroad.com

*Also Admitted in Connecticut

**REPRESENTING BUSINESSES SINCE 1930**



Rahul Manchada
270 Victory Blvd
New Rochelle NY 10804

May 20, 2025

**NOTICE OF REPRESENTATION**

RE:   PayArc LLC
Amount Due: $30,479.15
Our File No.: E25462

Dear Sir or Madam Rahul Manchada:

The above referenced creditor has retained our law office for legal collection with regard to MANCHANDA LAW OFFICE AND ASSOCIATES . Please direct all communications regarding this matter to us and not to our client, the creditor.

As of the date of this letter, you owe the above stated Total Due. Because of interest and/or other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after your payment is received. For further information, you may write to our office or call the telephone number within this communication.

We are writing to you to give you an opportunity to contact us to make arrangements for the payment of this debt. If you cannot pay the full amount, we will extend our full cooperation to arrange for mutually satisfactory installments. In the event we fail to hear from you, or receive your payment, we will be proceeding accordingly to protect our client's interest.

If you wish to resolve this matter amicably, please contact the undersigned or my legal assistant whose name and contact information is listed below.

**PLEASE MAKE CHECK PAYABLE TO Smith Carroad Wan & Parikh, P.C.
NOTING THEREON THE FILE NUMBER.**

Very truly yours,

Smith Carroad Wan & Parikh, P.C.

TIMOTHY WAN, ESQ.

**Please contact Ashley Crivillaro, Junior Investigative Paralegal, at extension X127.**

DA1B\WP

**Smith Carroad Wan & Parikh P.C.**
202 East Main Street
Smithtown, NY 11787-2806

Address Service Requested

NEOPOST　　　　FIRST-CLASS MAIL
05/21/2025　　　　　　　IMI
US POSTAGE $000.69⁰


ZIP 11725
041M11465705

RL3　　　　　　　　1080432304 C065

## CERTIFICATE OF SERVICE

On May 26, 2025, I, Rahul Manchanda, served a copy of this **Notice of Impleader** and any attachments to Payarc, Timothy Wan, Pragna Parikh, Kevin Knab, and Peter Eisele of Smith Carroad Wan & Parikh PC located at 202 East Main Street, Smithtown NY 11787 via ECF and/or Electronic and/or U.S. Mail and/or Facsimile.

_____
By: Rahul Manchanda (Pro Se Debtor)
270 Victory Boulevard
New Rochelle, New York 10804
Tel: (646) 645-0993